**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Ebone Maxwell et al | | CASE NUMBER |
| | | |
| v. | PLAINTIFF(S) | 2:26-cv-06670-RGK-AYPx |
| Lavender Lingerie, LLC et al | | **ORDER RE TRANSFER** |
| | | **(RELATED CASES)** |
| | DEFENDANT(S). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

07/15/26
Date

United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____                    _____
Date                                    United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   2:26-cv-05522-HDV-PVCx   and the present case:

- ☑ A.  Arise from the same or closely related transactions, happenings or events; or
- ☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Anna Y. Park_____ to Magistrate Judge _____Pedro V. Castillo_____ .

On all documents subsequently filed in this case, please substitute the initials __HDV-PVCx__ after the case number in place of the initials of the prior judge, so that the case number will read __2:26-cv-06670-HDV-PVCx__ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:  ☐ *Previous Judge*     ☐ *Statistics Clerk*

CV-34 (06/23)                    ORDER RE TRANSFER (Related Cases)